UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

GWENDOLYN HOLLBACK,

      Plaintiff,

v.                                                     22-MC-25 (JLS)

GREAT LAKE ENTITIES, INC.,
CORNERTONE RESOLUTION
GROUP, INC.,

      Defendants.

_____

## ORDER

      Plaintiff Gwendolyn Hollback filed a Motion for a Turnover Order pursuant to Rule 69(a)(1) and to Permit the Deposit of Funds with the Clerk pursuant to Rule 67(a). Dkt. 4. Great Lake Entities, Inc. shall turn over funds held in its out-of-state bank accounts held at Bank of America, N.A. to satisfy the judgment in this case, in an amount not to exceed $8,611.82.

      For good cause shown, pursuant to Federal Rule of Civil Procedure 67(a), Bank of America, N.A. may remit funds to the Clerk of this Court by mailing a check made out to "Clerk, U.S. District Court" to the following address:

United States District Court for the Western District of New York
Attn: Clerk's Office, Financial Division
2 Niagara Square
Buffalo, NY 14202.


SO ORDERED.

Dated:        May 22, 2024
              Buffalo, New York

                                          _____
                                          JOHN L. SINATRA, JR.
                                          UNITED STATES DISTRICT JUDGE